

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

-v-

BRYAN SHANLEY SACK,

Defendant.

_____/

Case: **2:26-cr-20300**
Assigned To : **Parker, Linda V.**
Referral Judge: **Grand, David R.**
Assign. Date : **5/20/2026**
Description: **INDI USA v. Sack (jo)**

Violations:
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

**INDICTMENT**

The Grand Jury charges:

**FILED**
**CLERK'S OFFICE**

**MAY 2 0 2026**

**U.S DISTRICT COURT**
**EASTERN MICHIGAN**

## COUNT ONE
18 U.S.C. § 2252(A)(a)(2)
*Receipt of Child Pornography*

Between on or about April 1, 2025, through and including February 20, 2026, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, BRYAN SHANLEY SACK, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce, and the child pornography had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO
### 18 U.S.C. § 2252(A)(a)(5)(B)
*Possession of Child Pornography*

Between on or about April 1, 2025, through and including February 20, 2026, in the Eastern District of Michigan, Southern Division, the defendant, BRYAN SHANLEY SACK, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8); and the child pornography involved a prepubescent minor and a minor who had not attained 12 years of age; and the child pornography had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce; and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 2253

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

Upon conviction of the offenses charged in Counts One and Two, defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

s/*Matthew Roth*
MATTHEW ROTH
Chief, Trafficking and Exploitation
of Children Unit

s/*Diane Princ*
DIANE PRINC
TARA HINDELANG
Assistant United States Attorneys

Date:  May 20, 2026

| United States District Court **Eastern District of Michigan** | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

Case: **2:26–cr–20300**
Assigned To : **Parker, Linda V.**
Referral Judge: **Grand, David R.**
Assign. Date : **5/20/2026**
Description: **INDI USA v. Sack (jo)**

## Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
|---|---|
| ☐ Yes    ☐ No | **AUSA's Initials:**   D.N.P. |

**Case Title:** USA v.  Bryan Shanley Sack

**County where offense occurred :** Washtenaw

**Check One:**       ☒ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
  ✓ Indictment/_____Information --- based upon prior complaint [**Case number:** 26-mj-30267        ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____       **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 20, 2026
Date

s/ Diane N. Princ
Diane N. Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:(313) 226-9524
Fax:    (313) 226-2311
E-Mail address: diane.princ@usdoj.gov
Attorney Bar #: NY 4781159

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.